**Order entered February 26, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00008-CV

**TIFFANNY JONES, M.D. AND TJONESIVFMD, PLLC, Appellants**

**V.**

**FRISCO FERTILITY CENTER, PLLC, D/B/A DALLAS IVF, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02739-2020**

### ORDER
Before Justices Schenck, Nowell, and Garcia

Before the Court is appellee's February 2, 2021 "Emergency Rule 29.3 Motion to Enforce Temporary Injunction and for Contempt of Temporary Injunction Against Appellants." After reviewing the motion and appellants' response, we **ORDER** the trial court to hold an evidentiary hearing and to issue findings and recommendations on whether the motion should be granted. *See In re Geomet Recycling LLC*, 578 S.W.3d 82, 91 n.2 (Tex. 2019) (orig. proceeding) (suggesting that the court of appeals may refer certain matters to the trial court for

findings and recommendations without violating the statutory stay of all trial court proceedings under section 51.014(b) of the Texas Civil Practice and Remedies Code). We **DIRECT** appellee to notify this Court within **TEN DAYS** of the trial court's findings and recommendations. We **ORDER** the trial court to transmit a record of the proceedings, which shall include its written findings and recommendations, to this Court within **THIRTY DAYS** of the hearing.

/s/    DENNISE GARCIA
       JUSTICE